Sevan Gorginian (SBN 298986)
**Law Office of Sevan Gorginian**
516 Burchett St. Suite 200
Glendale, California 91203
**T:** 818.928.4445 I **F:** 818.928.4450
sevan@gorginianlaw.com

Counsel for Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>ROBERTO SANCHEZ,<br><br>Debtor. | Bankruptcy No. 2:25-bk-11246-DS<br><br>Adversary No.<br><br>Chapter 7 |
| ROBERTO SANCHEZ, an individual,<br>Plaintiff<br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>Defendant. | COMPLAINT TO DETERMINE THAT DEBTOR'S STUDENT LOANS ARE DISCHARGED UNDER SECTION 523(a)(8)(B) |

Roberto Sanchez ("Plaintiff") brings this complaint (the "Complaint") to have the Student Loans (defined below) be found discharged § 523(a)(8) for the reasons stated below.

**I.**

**JURISDICTION AND VENUE**

1. This is an adversary proceeding arising in the above-captioned case to determine the discharge ability of a federal student loan on the basis of undue hardship pursuant to 11 U.S.C. § 523 (a)(8)(B) and Rules of Bankruptcy Procedure 4007(a) and 7001(6).

2. This Court has jurisdiction pursuant to 28 U.S.C. § 157 (b)(2)(I). The Plaintiff consents to the entry of final orders or judgment by the Bankruptcy Court in this matter.

3. Plaintiff filed a Chapter 7 case subjecting himself to this Court's jurisdiction.

4. The Student Loans (defined below) were included in the Chapter 7 case.

5. On February 19, 2025, Plaintiff filed for relief under Chapter 7 (the "Case").

6. This Court has jurisdiction and this is a core proceeding pursuant to 28 U.S.C. §§157, 1334, and arising under Chapter 7 of the Bankruptcy Code.

7. Venue is property in this Central District of California.

## II.

## PARTIES

8. Plaintiff resides in the Los Angeles County, State of California and a debtor in the pending bankruptcy case and as such has standing to bring this complaint.

9. Defendant is the United States Department of Education ("Department of Education") and also listed a creditor of the Plaintiff with its office in Washington D.C.

## III.

## STATEMENT OF FACTS

10. Plaintiff is an obligor on two loans that he procured on or about 10/17/2006 and 08/16/2019, Student Loans from The Department of Education serviced through AES and Aidvantage in an amount totaling approximately $42,588 and $10,790, respectively, which totals approximately $53,378 as stated on Proof of Claim number 1 (the "Student Loans"). See attached as **Exhibit A** for a copy of the loan documents.

11. These Student Loans were for Plaintiff's college education.

12. Plaintiff incurred these Student Loans for administrative tuition and expenses.

13. On February 19, 2025, Plaintiff filed for Chapter 7 bankruptcy protection.

14. Plaintiff identified Defendants and the Loans on his bankruptcy schedules.

15. The Students Loans are dischargeable since they are not for an educational benefit.

16. Plaintiff has suffered financially working minimum wage jobs throughout his life following the education he received.

17. Plaintiff suffers from depression for many years now.

18. Due to the persistent struggle with depression and low finances, the Plaintiff's grades began to suffer.

19. To gain admission into a 4-year college, the Plaintiff had to make up his grades. This forced him to balance work and school, making it impossible to attend school full time.

20. The Plaintiff's father offered him a job but could only pay him $400 per week.

21. Despite eventually earning a degree in illustration and animation, the Plaintiff has been unable to secure a full-time job in his field.

22. The degree he earned has proven useless in illustration and he has been unable to find a meaningful job to help him earn the income necessary to pay his debts including his exorbitantly high student loans.

23. Additional stress and responsibility have been added to the Plaintiff's life due to his mother recently suffering a stroke.

24. Plaintiff has not been able to find a job and has been working with his father and earns a low $400 a week. Plaintiff has to care for his ailing mother at home too.

## IV.

## CLAIM FOR RELIEF

## Section 523(a)(8)(B)

25. In order to be considered a "qualified education loan", an education loan must satisfy all of the following requirements:
    (a) The debt must be incurred "by a debtor who is an individual" per 523(a)(8).
    (b) The debt must be "incurred solely to pay qualified higher education expenses", per 26 USC 221(d)(1) by cross-reference from 11 USC 523(a)(8)(B).
    (c) The debt must be incurred on behalf of a student who is either the debtor, the debtor's spouse, or the debtor's dependent (eligible to be claimed as an exemption on the debtor's income tax return, per 26 CFR 1.221-1(b)(2)) at the time the indebtedness was incurred/
    (d) The debt must be "paid or incurred within a reasonable period of time before or after the indebtedness is incurred", per 26 USC 221(d)(1)(B) by cross-reference from 11 USC 523(a)(8)(B). The regulations at 26 CFR 1.221-1(e)(3)(ii)(B) provide for a safe harbor of 90 days before or after the academic period to which the expenses relate. It is possible that a longer period of time would still be considered reasonable based on the relevant facts and circumstances, per 26 CFR 1.221-1(e)(3)(ii), but use of a loan to pay for a previous year's school charges would generally not qualify unless there were extenuating circumstances.
    (e) The debt must be "attributable to education furnished during a period during which the recipient was an eligible student" per 26 USC 221(d)(1)(C) by cross-reference from 11 USC 523(a)(8)(B). To be an eligible student, the student must be enrolled at least halftime in a Title IV institution and be degree-seeking. Study abroad is only eligible to the extent that it is approved for credit by the home institution.
26. Plaintiff has made a good faith effort to repay the Student Loans.
27. Plaintiff cannot maintain, based upon his current income and expenses, a minimal standard of living if forced to pay the Student Loans.
28. Plaintiff’s below minimum wage income, history of depression, and familial stressors while requiring him to repay the Student Loans would be an undue hardship.
29. The education he received and the degree he earned does not equate to the job he was intended to procure with that education.
30. Instead, Plaintiff works with his father and earns, at most, $400 a week which is barely enough to pay for the gas in his car and buy some food.
31. Plaintiff struggles with depression and expends time caring for his ailing mother.
32. Plaintiff’s circumstances are not likely to change either because he needs to stay home to care for his parents and he is never going back to school to gain another degree.
33. Plaintiff has made payments on his Student Loans.
34. Continuing to repay the Student Loans will be an undue hardship.

## V.

## PRAYER FOR RELIEF

Plaintiffs pray for judgment as follows:

A. That the Student Loans owed to Aidvantage and AES/Department of Education is discharged pursuant to §523(a)(8)(B) as part of his Chapter 7 case;

B. Other such and further relief as deemed appropriate by this Court as just and proper.

Dated: March 7, 2025

/s/ Sevan Gorginian
Plaintiff’s Counsel

# EXHIBIT A

# LOAN DOCUMENTS

# Loan Details

## Main Content

### Print All Loan Details

***Carxpr - 10/17/06***

#### Loan Status

- **Loan Status:** REPAYMENT

#### Disbursement Information

- **Disbursement Date:** 10/17/06
- **Loan Program:** CARXPR
- **Owner:** DEUTSCHE BANK-PRTS 1
- **Guarantor:** DEUTSCHE BANK-SI
- **School:** FASHION INSTITUTE OF
- Out of School Date:

  Out of School Date is the date provided by your school that typically represents when you will/did graduate or when you were no longer enrolled at least half time.

  Below are some common reasons why this date may not reflect your current or actual status:

  - You previously left school and have since returned. Therefore, your out of school date represents the original date you graduated or ceased to be enrolled at least half time.
  - Your school only reports the current academic year or term; not the full length of your program.
  - You have a private loan that allows for a maximum amount of time for an In School Status. Therefore, the Out of School Date represents when you have reached this maximum.

  No Out of School Date listed? Some loan programs do not use an Out of School Date for determining when repayment begins, including: PLUS, Graduate PLUS, Consolidation, and many private loans.

Please contact your school if you have questions about your Out of School Date.

06/15/2007

- Grace End Date:

  Grace is the period before the first payment on a loan is due. The grace period begins the day after the student graduates, leaves school, or drops below half-time status and ends the day before repayment begins. Not all loans include a grace period. For those that do, grace usually is 6 months, but it may be more or less than that depending on the type of loan.

  09/15/2007

**Interest Rate Information**

- **Interest Rate:** 14.217%
- **Interest Rate Type:** STANDARD VARIABLE
- **Subsidy:** NON SUB

**Loan Balance**

- **Original Balance:** $11,950.00
- **Late Fees:** $0.00
- **Unpaid Interest:** $417.89
- **Principal Balance:** $42,287.65
- Payment Application Order

  Payment application is the way payments are applied to individual loans. The order of application is generally governed by the terms of your loan agreement, except for Federal Family Education Loan Program (FFLEP) loans on an Income-Based Repayment (IBR) plan.

  Late Fee, Interest, Principal

**Payment Information**

- **Monthly Payment:** --
- **Repayment Plan:** Standard
- **Repayment Term:** 133 Months
- **Expected Payoff Date:** 02/24/2036
- IDR Forgiveness Payments Made:

  If your loan is on an Income-Driven Repayment (IDR) plan, this is an estimate of your forgiveness payments made, which will be validated as you approach forgiveness. For more information on forgiveness and the amount of payments needed, visit https://studentaid.gov/manage-loans/repayment/plans/income-driven.

  **--**

aidvantage | Official Servicer of Federal Student Aid

**Payment Directions** **Common Forms** **Help Center** **Videos** **Co**

**Account Summary**
**Loan Details**
**Payments & Billing**
**Repayment Options**
**Inbox**
**Upload**
**More...**

Roberto

# Loan Details As of 02/07/2025 (ET)

Chat Unavailable

Loan: 1-03 Direct Loan - Subsidized

Print

| | |
|---|---|
| **Loan Status** | Awaiting Form Administrative Forbearance-Ends 04/30/2025 |
| **Repayment Plan** | Saving on a Valuable Education - Ends 05/28/2025 |
| **Repayment Start Date** | 11/21/2022 |
| **Estimated Payoff Date** | 05/28/2035 |

| | |
|---|---|
| **Ready to pay off this loan today?** | Here are the amounts: |
| **Online** | $5,395.80 |
| **By U.S. Mail** | $5,395.80 |

| | |
|---|---|
| **Unpaid Principal** | $5,395.80 |
| **Unpaid Interest** | $0.00 |
| **Current Balance** | $5,395.80 |
| **Interest Rate** | 0.000%<br>Interest rates on federal student loans are set by Congress. |
| **Interest Type** | Fixed |
| **Interest Accrued Through** | 02/07/2025 |

**Loan/Borrower Benefits**

| | |
|---|---|
| **Option** | Interest Rate Reduction - DI01 |
| **Status** | Elig |
| **Option** | Return 2 Repayment Remediation - R2rr |
| **Status** | Awarded 08/01/2024 |

| | |
|---|---|
| **Loan Type** | DIRECT |
| **School** | CALIFORNIA STATE UNIV-LONG BEACH |
| **Current Owner** | U.S. DEPARTMENT OF EDUCATION |
| **Guarantor** | DEPT OF ED |
| **Disbursement Date** | 08/16/2019 |

aidvantage | Official Servicer of Federal Student Aid

Payment Directions | Common Forms | Help Center | Videos | Co

Account Summary
Loan Details
Payments & Billing
Repayment Options
Inbox
Upload
More...

Roberto

# Loan Details As of 02/07/2025 (ET)

Chat Unavailable

Loan: 1-01 DL Consolidated - Subsidized

Print

| | |
|---|---|
| **Loan Status** | Awaiting Form Administrative Forbearance-Ends 04/30/2025 |
| **Repayment Plan** | Saving on a Valuable Education - Ends 05/28/2025 |
| **Repayment Start Date** | 08/14/2012 |
| **Estimated Payoff Date** | 05/28/2035 |

55%

| | |
|---|---|
| **Ready to pay off this loan today?** | Here are the amounts: |
| **Online** | $9,570.30 |
| **By U.S. Mail** | $9,570.30 |

| | |
|---|---|
| **Unpaid Principal** | $8,756.73 |
| **Unpaid Interest** | $813.57 |
| **Current Balance** | $9,570.30 |
| **Interest Rate** | 0.000%<br>Interest rates on federal student loans are set by Congress. |
| **Interest Type** | Fixed |
| **Interest Accrued Through** | 02/07/2025 |

**Loan/Borrower Benefits**

| | |
|---|---|
| **Option** | Interest Rate Reduction - DI01 |
| **Status** | Elig |
| **Option** | Return 2 Repayment Remediation - R2rr |
| **Status** | Awarded 08/01/2024 |

| | |
|---|---|
| **Loan Type** | DIRECT |
| **School** | CONSOLIDATED |
| **Current Owner** | U.S. DEPARTMENT OF EDUCATION |
| **Guarantor** | DEPT OF ED |

aidvantage | Official Servicer of Federal Student Aid

Payment Directions | Common Forms | Help Center | Videos | Co

Account Summary
Loan Details
Payments & Billing
Repayment Options
Inbox
Upload
More...

Roberto

# Loan Details As of 02/07/2025 (ET)

Chat Unavailable

Loan: 1-02 DL Consolidated - Unsubsidized

Print

| | |
|---|---|
| **Loan Status** | Awaiting Form Administrative Forbearance-Ends 04/30/2025 |
| **Repayment Plan** | Saving on a Valuable Education - Ends 05/28/2025 |
| **Repayment Start Date** | 08/14/2012 |
| **Estimated Payoff Date** | 05/28/2035 |

55%

| | |
|---|---|
| **Ready to pay off this loan today?** | Here are the amounts: |
| **Online** | $24,658.63 |
| **By U.S. Mail** | $24,658.63 |

| | |
|---|---|
| **Unpaid Principal** | $17,482.30 |
| **Unpaid Interest** | $7,176.33 |
| **Current Balance** | $24,658.63 |
| **Interest Rate** | 0.000% Interest rates on federal student loans are set by Congress. |
| **Interest Type** | Fixed |
| **Interest Accrued Through** | 02/07/2025 |

**Loan/Borrower Benefits**

| | |
|---|---|
| **Option** | Interest Rate Reduction - DI01 |
| **Status** | Elig |
| **Option** | Return 2 Repayment Remediation - R2rr |
| **Status** | Awarded 08/01/2024 |

| | |
|---|---|
| **Loan Type** | DIRECT |
| **School** | CONSOLIDATED |
| **Current Owner** | U.S. DEPARTMENT OF EDUCATION |
| **Guarantor** | DEPT OF ED |